UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kristine Boughton,                                  Civil No. 15-2506 (DWF/SER)

          Plaintiff,

v.                                                  **ORDER FOR DISMISSAL WITHOUT PREJUDICE**

Haster Law Office, P.A.; and
Tyler Trill, individually,

          Defendants.

Based upon the Notice of Dismissal Without Prejudice filed by the Plaintiff on November 3, 2015, (Doc. No. [4]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

Dated:  November 5, 2015            s/Donovan W. Frank
                                         DONOVAN W. FRANK
                                         United States District Judge